```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
GUO LI ZHANG, *individually and on behalf of all other*        :
*employees similarly situated*,                                :
                                                               :      1:20-cv-2555-GHW
                                                               :
                                      Plaintiff,               :
                                                               :         ORDER
                  -against -                                   :
                                                               :
J R SUSHI 2 INC, YI FENG YANG, KAI TUAN                        :
WANG,                                                          :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The parties are directed to update the Court by no later than July 17, 2020 on the status of this case.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: July 14, 2020

_____
GREGORY H. WOODS
United States District Judge