```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
              :
GUO LI ZHANG, *individually and on behalf of all other* :
*employees similarly situated*, :
              :
              :         1:20-cv-2555-GHW
                    Plaintiff, :
              :         ORDER
         -against -         :
              :
J R SUSHI 2 INC, YI FENG YANG, KAI TUAN   :
WANG,         :
              :
                    Defendants. :
              :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Plaintiff's application for an extension of time to serve the individual defendants is granted. Plaintiff has until August 16, 2020 to complete service.

    Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

    SO ORDERED.

Dated: July 16, 2020

_____
GREGORY H. WOODS
United States District Judge