USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
: 
GUO LI ZHANG, *individually and on behalf of all other employees similarly situated*, :
: 
                            Plaintiff, :
: 
                 -against - :
: 
J R SUSHI 2 INC, YI FENG YANG, KAI TUAN WANG, :
: 
                           Defendants. :
: 
-----------------------------------------------------------------X

1:20-cv-2555-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      A bench trial in this case will begin at **9:00 a.m. on Monday, September 13, 2021**. The parties are directed to submit a joint pretrial order, memoranda of law, and the other pretrial materials outlined in the Court's Individual Rule 5 no later than **July 23, 2021**. Opposition papers to any legal argument in a pretrial memorandum must be filed within seven days thereafter, and reply papers must be filed within four days of any opposition. Additionally, by the same date, the parties are directed to submit to the Court affidavits constituting the direct testimony of each trial witness, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a person for whom a party has requested and the Court has agreed to hear direct testimony during the trial. Three business days after submission of such affidavits, counsel for each party should submit a list of all affiants whom he or she intends to cross-examine at the trial. The original affidavits will be marked as exhibits at trial.

      Any motions *in limine* must also be filed no later than **July 23, 2021**. As outlined in the Court's Individual Rule 5(B)(i), if any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than

four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed; courtesy copies of all other trial materials are due when filed. Courtesy copies should be provided in hard copy and USB format.

The Court will hold a final pretrial conference on **August 27, 2021 at 12:00 p.m.** to discuss the parties' pretrial submissions and, if necessary, to hear oral argument and potentially rule on any motions *in limine*. The final pretrial conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The parties are further ORDERED to confer with the Southern District of New York's Interpreters Office regarding the process for retaining an interpreter for the trial.

SO ORDERED.

Dated: June 18, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge