UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Guo Li Zhang,                                         Docket No: 20-cv-02555
individually and on behalf of all other employees
similarly situated,

                                                                                  JUDGMENT
                                    Plaintiffs,

                    -against-


J R SUSHI 2 INC,
Yi Feng Yang, and
Kai Tuan Wang.
                                    Defendants.
------------------------------------------------------------------x

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 7, 2021; and Defendants J R SUSHI 2 INC, Yi Feng Yang, and Kai Tuan Wang having offered to allow judgment in this action to be taken against them and in favor of plaintiff Guo Li Zhang, in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendants alleged in Plaintiff's Complaint; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Guo Li Zhang, and against Defendants J R SUSHI 2 INC, Yi Feng Yang, and Kai Tuan Wang in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendants alleged in Plaintiff's Complaint

Dated: New York, NY
       September __, 2021

                                                      _____
                                                      Clerk of the Court