```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Guo Li Zhang,                                                          Docket No: 20-cv-02555
individually and on behalf of all other employees
similarly situated,
                                                                       JUDGMENT
                               Plaintiffs,

              -against-


J R SUSHI 2 INC,
Yi Feng Yang, and
Kai Tuan Wang.
                               Defendants.
------------------------------------------------------------------x

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 7, 2021; and Defendants J R SUSHI 2 INC, Yi Feng Yang, and Kai Tuan Wang having offered to allow judgment in this action to be taken against them and in favor of plaintiff Guo Li Zhang, in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendants alleged in Plaintiff's Complaint; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Guo Li Zhang, and against Defendants J R SUSHI 2 INC, Yi Feng Yang, and Kai Tuan Wang in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against Defendants alleged in Plaintiff's Complaint.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 7, 2021                               _____
New York, New York                                          GREGORY H. WOODS
                                                          United States District Judge